UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 2020-359 – WOB-HAI

MICHAEL EIRSHEL FRIESZELL                                   PLAINTIFF

VS.                               <u>ORDER</u>

BOURBON COUNTY, KENTUCKY                               DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 29), and no objections having been filed, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that Defendant's motion for summary judgment (Doc. 26) be, and hereby is, **GRANTED** and also that Frieszell's case be, and it hereby is, **DISMISSED** for failure to prosecute under Federal Rule of Civil Procedure 41(b). No certificate of appealability shall issue herein. A separate judgment shall enter concurrently herewith.

This 14th day of July, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge